IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JIMMY LEE RICE and NIDA LEE RICE**                                 **PLAINTIFFS**

**v.**                                                      Civil Action No.: 1:08cv180-SA-JAD

**CITIFINANCIAL, INC.,**                                                        **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This cause came to be heard on the joint motion of all the parties to the above-styled action. The parties have advised the Court that this matter should be dismissed with prejudice.

IT IS THEREFORE ORDERED that this cause be and is hereby dismissed with prejudice, each party to bear its own costs and fees.

So **ORDERED** this the 30th day of October, 2008.

                                                                **/s/ Sharion Aycock**
                                                                **U.S. DISTRICT COURT JUDGE**